# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sergio Manuel RUIZ-Rodriguez**; DOB: 2000; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **22-01734MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 5, 2022, in the District of Arizona, **Sergio Manuel RUIZ-Rodriguez**, did knowing or in reckless disregard of the fact that certain aliens, including Alejandro Diaz-Gomez and Jose Diaz-Lopez, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 5, 2022, in the District of Arizona (Patagonia), United States Border Patrol Agents (BPA) responded to sensor activation. The BPAs responded and encountered six individuals dressed in camouflage clothing approximately 50 yards from them. The BPAs gave chase and arrested five subjects who admitted to being in the United States illegally, including Alejandro Diaz-Gomez and Jose Diaz-Lopez.

Records checks revealed that Diaz-Gomez and Diaz-Lopez did not have the proper immigration documentation to enter or remain in the U.S. legally. Material witnesses Alejandro Diaz-Gomez and Jose Diaz-Lopez said they arranged to be smuggled into the United States for money.

Diaz-Gomez said he illegally crossed the International Boundary Fence (IBF) as part of a group with a foot-guide. Diaz-Gomez said he was instructed by the foot-guide to crawl under the IBF, to be careful of Border Patrol cameras spotting them, and even when to rest. Diaz-Gomez identified **RUIZ** as a foot-guide from a photo line-up.

Diaz-Lopez said he illegally crossed the International Boundary Fence as part of a group with a foot-guide. Diaz-Lopez said he was instructed by the foot-guide to be quiet. Diaz-Lopez said the foot-guide used a cellphone to communicate with other smugglers and told the group to be careful of the cameras and about leaving behind any footprints. Diaz-Lopez identified **RUIZ** as the foot-guide from a photo line-up

In a post-*Miranda* statement, **RUIZ** said he has smuggled or attempted to smuggle undocumented non-citizens (UNC) on four other occasions. **RUIZ** said if he smuggled three groups of UNCs into the United States, he would have his expenses paid to his intended destination. **RUIZ** said he was going to be paid $25,000 MXN (approximately $1350 USD) for each UNC he smuggled in the event.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alejandro Diaz-Gomez and Jose Diaz-Lopez

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/rr  *Corey J. Martin* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1]  *signature* | DATE<br>May 6, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54